## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 13  AM 10: 17

ROBERT _____
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20229-01-Ma |
| | ) | |
| WAHIB IBRAHIM, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on May 12, 2005, the United States Attorney for this district appearing for the Government and the defendant, Wahib Ibrahim, appearing in person and with retained counsel, Mr. William Massey and Ms. Lorna McClusky.

With leave of the Court, the defendant entered a plea of guilty to Counts 7 and 9 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, August 26, 2005 at 10:30 a.m.**

The defendant may remain on his present bond pending sentencing.

**ENTERED** this the ___12th___ day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _5·16·05_

95

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:04-CR-20229 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT