IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 04-20229-Ma

WAHIB IBRAHIM,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the government's October 21, 2005, motion to reset the sentencing of Wahib Ibrahim, which is presently set for October 25, 2005. For good cause shown, the motion is granted. The sentencing of defendant Wahib Ibrahim is **reset to Tuesday, November 29, 2005, at 9:00 a.m.**

It is so ORDERED this 25th day of October, 2005.

    SAMUEL H. MAYS, JR.
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 141 in case 2:04-CR-20229 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Mark Mesler
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT