IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                                   NO. 04-20229-Ma

WAHIB IBRAHIM,

      Defendant.

ORDER RESETTING SENTENCING DATE

    The parties have submitted a consent order requesting that the sentencing of Wahib Ibrahim be reset in this matter. The sentencing is presently set for December 28, 2005. For good cause shown, the sentencing of defendant Wahib Ibrahim is **reset to Friday, January 20, 2006, at 2:30 p.m.**

    It is so ORDERED this 28th day of November, 2005.

                                       SAMUEL H. MAYS, JR.
                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 166 in case 2:04-CR-20229 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Mark Mesler
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT